UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Donald Smith,

        Plaintiff(s),          Case No. 2:25-cv-14017-GAD-KGA

v.          Honorable Gershwin A. Drain

Robert Bosch, LLC,          Magistrate Judge Kimberly G. Altman

        Defendant(s).
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

    A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: December 18, 2025          s/Gershwin A. Drain
                                                       Gershwin A. Drain
                                                       U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Stephen J. Murphy, III.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: December 18, 2025          s/ S Schoenherr
                                                         Deputy Clerk